IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JORGE PEREZ-CARBAJAL, | ) |
| Petitioner, | ) |
| v. | ) CV 315-083 |
| STACEY N. STONE, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **ENTERS** a final judgment in favor of Respondent.

SO ORDERED this 15th day of April, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE